**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on January 8, 2020**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 20-MJ-100** |
| | : | |
| **DOMINIQUE MALIK MAXEY,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 2113(a)** |
| **Defendant.** | : | **(Bank Robbery)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about May 31, 2020, within the District of Columbia, **DOMINIQUE MALIK MAXEY**, did enter or attempt to enter a branch of the Suntrust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with intent to commit a felony while in the bank, affecting the bank, in violation of laws of the United States, and with the intent to commit larceny.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia