

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 17, 2020

Tony W. Miles, Esq.
FPDS
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

     RE:  <u>U.S. v. Dominique Maxey</u>, 20-CR-152 (ABJ)

Dear, Counsel:

  Pursuant to your discovery request in the above-referenced case, please find enclosed the following documents:

- Criminal Complaint, Filed 6/1/2020, 1 page;
- Statement of Facts, Filed 6/1/2020, 1 page;
- Arrest Warrant, Filed 6/1/2020, 1 page;
- Redacted MPD Arrest Packet, dated 5/31/20, 15 pages;
- Indictment, Filed 8/5/2020, 1 page;
- BWC Photos, 28 pages;
- Color photographs taken inside/outside of SunTrust Bank, 6 pages;

If you have any questions, you may reach me via phone or email (listed below). Thank you in advance.

      Sincerely,

      MICHAEL R. SHERWIN
      Acting United States Attorney

    By:  /s/
      Nihar R. Mohanty
      Assistant United States Attorney
      555 4th Street, NW, Suite 4120
      Washington, D.C. 20530
      (202) 252-7700 (office)
      Nihar.Mohanty@usdoj.gov