Revised (copy)

C/O 1057 East 221st

Courts lack ALL jurisdiction

Bronx , new york (10469)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

"" DISTRICT OF COLUMBIA

|                            |   |
|----------------------------|---|
|            Plaintiff       | } |
|                            | } |
|              Vs            | } |
|                            | } |
| DOMINIQUE MALIK MAXEY      | } |
|            defendant       | } |

CASE #1:20-CR-00152-ABJ

File as Motn to Dismiss

Leave to file GRANTED

3/8/21

Amy B. Jackson          Date
United States District Judge

### JUDICIAL NOTICE- DEMAND FOR DISSMISSAL AND
### REQUEST FOR FULL FINDING OF THE FACTS AND CONCLUSION OF LAW

Now comes Dominique malik maxey Ex Rel DOMINIQUE MALIK MAXEY, man and heir/ambassador of the lord of host,defendant in error, by special visitation, not submitting a plea or submitting to this court's jurisdiction, who hereby demand the court to strike/dismiss the complaint filed SPECIAL AGENT KEVIN MOORE or NIHAR MOHANTY,for failure to present a cause of action crime or any proof(s) of claim for which relief should be granted as requested IN THE FORM OF DISCOVERY personally SUBMITTED IN COURT ON THE 8TH JANUARY 2020(FOR ALLEGED CRIME COMMITTED ON MAY 31 2020 to one ANGELA D. CAESAR.)

Failure to present the court a case deprives the court of jurisdiction. Grounds are further set below. The court is requested to provide a full finding of the facts and conclusion of law, if the court refuses to take judicial notice and denies dismissal; just saying "it doesn't apply" will not be sufficient grounds for refusal.

> "the judicial power shall extend to all cases, in law and equity, arising under this constitution, the law of the united states, and treaties made, or which shall be made, under their authority; —to all cases affecting ambassadors, other public ministers and consuls; —to all cases of admiralty and maritime jurisdiction; —to controversies to which The United sates shall be a party;—to
>
> controversies between two or more states;—between a state and a and a citizen of another state;— In all cases affecting amb ssador, other public ministers and consuls, and those in which the state shall be a party  the Supreme Court shall have original jurisdiction. In all other cases before mentioned, th  Supreme Court shall have appellate jurisdiction, both as law and fact, with such exceptions  and under such regulations as the Congress shall make. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial  shall be held in the state where the said crimes shall have been committed; but      when not committed within any state, the trial shall be at such place or places as      the Congress may by law have directed."(United State Constitution Art.III sect.2).

Because the courts refuse to disclose the nature of the proceedings, this Judicial notice cover both civil and criminal. If deem to be civil, then the criminal parts may be ignored and visa-versa.

| C/O 1057 East 221st | **Courts lack ALL jurisdiction** |
|---|---|

Bronx , new york (10469)

1.    `**No case crime or cause of action**. "The foundation of the court's jurisdiction is the purpose
of government itself. Governments... are established to protect and maintain individual rights."

Washington constitution article 1 section 1

This is why to have cause of action; a plaintiff must plead the violation of a legal right;
   *"The duty of this court, as of every judicial tribunal, is I limited to determining     rights of
   persons and property, which are actually controverted in the particular   case before it"*
   <u>*Tyler v. Judge of Registration*</u>, 179 U.S 405.21 5Ct206.208:

The basic elements of a case or cause of action is the violation of a legal right and loss or harm.
The alleged plaintiff, a legal fiction at best, ostensibly acting through BRIAN TAYLOR( declarant#
9164) & Prosecutor NIHAR MOHANTY has not pled any violation of a legal right or harm. Legally there
is no cause of action:<u>Maxim of equity</u>: Equity will not aid a volunteer

   **" A cause of action is some particular legal right of plaintiff against defendant, together
   with some definite violation thereof which occasions loss or damage" <u>Luckie v McCall Manufacturing
   Co..</u>,152 $0.2d 31 1.31 4.. "<u>Soowal v Marden</u> 452 So.2d 625,626"**

This includes proceedings like these allegedly criminal in nature:

**Causation consists of two distinct sub elements. As legal scholar have recognized before
a defendant can be convicted of a crime that includes an element of causation the state
must prove beyond a reasonable that the defendant conduct was (1) the "cause in fact" and
(2) the "legal cause" (often called "proximate cause") of the relevant harm... In order
to established that a defendant conduct was the "cause in fact" of a particular harm, the
state usually must demonstrate that "but for" the defendant's conduct the harm would not
have occurred" <u>Everly v. state</u> 748 So.,2d963, 966-967(fla. 1999)**

"It is the fundamental principle of law that no person be adjudged guilty of a crime
until the state has shown that a crime has been committed. The state therefore must show
that a harm has been suffered of the type contemplated by the charges (for example a
death in the case of a murder charge or a loss of property in the case of a theft charge)
and that such harm was incurred due to the criminal agency of another, thus, it is
sufficient if the elements of the underlying crime are proven rather than those of the
particular degree or variation of that crime which may be charged. **"State v Allen..335$o.2d
823.825(Fla. 1976).**

Even if the absurd claim is made, 'harm is not a necessary element of a real crime', the
complaint is still fatally flawed as there is no accusation alleged defendant violated
any one's legal right.
If there were a true adversary against alleged defendant, it would be laughable to even
discuss causation because the defendant is not accused of causing anything, real or
imagine.

   2. **No corpus delecti.** The corpus delecti is the "body of the crime" itself,
   virtually every American jurisdiction agrees it's an absolutely essential of  any
   crime and it is consistent with the stated purpose of American governments:

C/O 1057 East 221st                                    **Courts lack ALL jurisdiction**

Bronx , new york (10469)

"corpus delecti is usually proven by the following two elements: injury or loss,
and someone's criminal act as cause thereof... "state v Smith 801 P.2d975, 115
Wash.2d 775.

""corpus delecti" consist of injury or loss and someone's criminal act which caused
it" state v Espinoza, 7'4 P.2d 1 177, 1182,112 Wash.2d 819

"In every criminal trial, the prosecution must prove the corpus delecti; or the body of
the crime itself, that is, the fact of injury, loss or harm, and the existence of a

criminal agency as its cause" People v Supp 73 P.3d433,467 (Cal.2003 [ quoting People v
Alvarez, (2002) 27 Cal.4th 1161,1169,119 Cal.Rptr.2d 903,46 P.3d 372.]

"in defining 'corpus delecti' Wharton says: 'it is made up of two elements (1) that a
certain result has been produced...(2) that someone is criminally responsible for the
result "McVeigh v State, 53 S.E.2d 462,469(Georgia).

In order to prove that a crime occurred, the state must prove beyond a reasonable doubt
(1) the basic injury. ..(2}the fact that the basic injury was the result of a criminal,
rather than a natural or accidental cause. .."State v Libero 83 P.3d 753,763 (2003),
          [quoting State v Duboit 55 Haw.1.2.514 P.2d 373,374(1973)(Hawaii)

"It has long been fundamental to the criminal jurisprudence of this commonwealth that a
necessary predicate to any conviction if proof of the corpus delecti; I.e. the occurrence
of any injury or loss and someone's criminality as the source of the injury or loss.
Commonwealth v Burns, 490 Pa.`19, 627,187 A.2d 552,556-557(1963): Commonwealth v
Turza,340 Pa.128,133, 16 A.2d 401, 404 (1940)"

"the corpus delecti of a crime consist of two elements: (1) the fact of the injury or
loss or harm, and(2) the existence of a criminal agency as its cause [citation omitted]
there must be sufficient proof of both elements of the corpus delecti beyond a reasonable
doubt."29A American Jurisprudence'second Ed.,. Evidence Section 1476.

This,is not the same as the "corpus delecti rule" which is not an element of the alleged
crime, but a procedural rule.

There is no corpus delecti pled in the complaint. Without a corpus delecti there is no
crime.

    "component parts of every crime are the occurrence of a specific kind of
    injury or  loss, somebody's criminality as source of the loss, and the
    accused's identity as the doer of the crime; the first two elements are what
    constitutes the concept of 'corpus delecti'" U.S. v Shunk,881 F.2d 917,919 CA.
    10(Utah)

3. **Lack of Jurisdiction**."Standing represents a jurisdictional requirement which means
open to review at all stages of the litigation." National Organization for Women, lnc. V
Scheidler. 510 US 249.

Because there is no corpus delecti, there is no crime. Yes! There is an allegation on
paper, but still the allegation fails to meet every legal standard of what a crime is.
Also, because American governments are established for the sole purpose of protecting
rights, a true crime requires the violation of a legal right. The Alleged defendant is

C/O 1057 East 221st                                          **Courts lack ALL jurisdiction**
Bronx , new york (10469)

not accused of violating anyone's legal right, therefore, there is no crime/case or cause
of action pled and the court has no jurisdiction.

**No evidence of presence within state and laws applicable.** There are no facts plead to
prove my presence within the plaintiff **DISTICT OF COLOMBIA (EIN 536001131)** and that the


laws of the **STATE** are applicable to me in my private capacity. Such evidence is essential
to prove jurisdiction.

Mere geographic location is not evidence of presence within the alleged plaintiff, **STATE
OF DISTICT OF COLOMBIA (EIN** 536001131). It's impossible to prove my presence within the
alleged plaintiff beyond a reasonable doubt or a preponderance of evidence. The **DISTICT**


**OF COLOMBIA** , while obviously not geographic is at best political as it was established
on July 16, 1790.
The phrase "**DISTICT OF COLOMBIA** " appears to be not much more than a d/b/a or pseudonym
for lawyers and polices officers.
As the laws of the DISTRICT OF COLOMBIA( 10 MILE SQUARE RADIUS) only apply within the
DISTRICT OF COLOMBIA , there is no evidence and nothing alleged by the law of the STATE/
DISTRICT OF COLOMBIA apply to me in my private capacity.

If this is a criminal proceeding, then the assigned Judge is obligated to presume my
innocence until it is proven beyond a reasonable doubt. The judge may NOT assume the law
is applicable <u>NOW</u> because it is an essential element of the alleged crime.

"by due process; by law that gives a man the opportunity to be heard before depriving him
of his life, liberty, or property; by law which hears it before it condemns; which
proceeds upon inquiry and renders judgment only after trial. "Law of the Land,
<u>Ballentine's Dictionary 3rd edition</u>.

3. The complaint is "unfit for adjudication" because American courts are adversary court
systems

"The [Supreme] court has found unfit for adjudication any cause that "is not in any real
sense adversary, "that "does not assume the 'honest and actual antagonistic assertion of
right's to be adjudicated."Poe v Ullman, 367 U.S. 497, 505 (1961)

Even if the corpus delecti is not used, there is no doubt this is not an adversary
proceeding as there are no allegations that I violated any legal rights. Furthermore, |
have been kidnapped, strip searched, humiliated my health is threatened and still
",prosecutor NAHIR MOHANTY to date has fail to provide such Proof(s) of claim for which
relief should be granted."
     5. **Courts Jurisdiction not enlarge by sheriff authority**. The jurisdiction of  the
court is limited to protecting rights; this is not enlarged by alleging        the
Sheriff's have authority, such authority does not work to trump  fundamental limitations
on the courts.

**No amount of sheriff authority may enlarge the limits of the adversary system**. Adversary
systems require true adversaries; this requires the allegation and proof of injury. The
plaintiff has Failed to make such allegations. And yes, the sheriff have the authority to
make arrest of its citizens, ;**i am a man created in the image and likeness of the most
high supreme),** they must still allege an injury for the courts to proceed with
jurisdiction.

| C/O 1057 East 221st | Courts lack ALL jurisdiction |

Bronx , new york (10469)

Conclusion

The case file does not contain a proof of service of a verified complaint or information, with a court issued Summons or Warrant, **which are all mandatory to invoke the jurisdiction of this court** (H.R.P.P Rule 9 and mandatory Judicial Notice #3).
The filing of a proof of services of said complaint or information, with a court issued Summons or Warrant, would confer personam jurisdiction upon the court. **The courts lack personam jurisdiction**. There is no pleading laying out all of the required elements of a cause of action against defendant, as is the only option for prosecution, **if prosecution had been initiated**. (H.R.P.P Rule 12(a) and mandatory Judicial Notice #3) Neither exist, because the prosecution has exercised discretion and has not initiated prosecution against defendant

Because the plaintiff has failed to allege the required elements of a cause of action/crime and there is no corpus delecti, the court has no jurisdiction. In the interest of Justice, I demand the complaint against alleged defendant be stricken and case dismissed with prejudice.
"history is clear that the fi st ten Amendments to the constitution were adopted to secure certain common law rig ts of the people, against invasion of the federal government." Bell v Hood..71F Supp. 813,816 (1947)U.S.D.C So.dist..CA

Date: 02/12/2021

by/o Maxey, Dominique, Malik
Authorized Representative, In Propria Persona Sui Juris
All Rights Reserved
UCC 1-308 UCC 3-308

| C/O 1057 East 221st | Courts lack ALL jurisdiction |

Bronx , new york (10469)

PROPOSED ORDER

## UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT FOR THE DISTRACT OF COLUMBIA

```
" DISTRICT OF COLUMNIA "        }          CASE#:1:20-CR-00152-ABJ
        PLAINTIFF               }
                                }
            VS                  }      ORDERED
                                }
MAXEY ,DOMINIQUE MALIK          }
        DEFENDANT               }
                                }
_____   }  _____
```

This matter, having come before the court on defendant Judicial Notice demand for dismissal; the court being fully advised of the premises and good cause appearing, it is hereby ORDERED granting defendant's demand to dismiss CASE with prejudice.

Date:

_____ ____

Judge of the Court

Dominique — Malik ; Maxey
c/o 1057 E 221 Street
Bronx, New York (10469)

7020 2450 0001 9871 4060

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 2450 0001 9871 4060

20001—283730

U.S. POSTAGE PAID
FCM LG ENV
BRONX, NY
10455

$7.20
R2305K136199-07

Attention ; Angela, D. Caesar   (Chief clerk!
U.S District Court of Columbia
333 Constitution Ave N.W
Washington, D.C 20001