IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CR. NO. 20-152 (ABJ) |
| DOMINIQUE MAXEY ) | |

**STATUS REPORT**

This Court ordered counsel for Dominique Maxey to provide an update concerning Mr. Maxey's progress at Prestige Healthcare Resources, Inc.

Due to the on-going COVID-19 pandemic, Mr. Maxey is receiving remote treatment for his mental health issues. A member of Mr. Maxey's family, Mr. Simmons informs that Mr. Maxey is engaged in counseling and has a case worker (Kelvin Metts) with whom Mr. Maxey is working.

It is unclear if the treatment provider has undertaken and completed an evaluation of Mr. Maxey's current mental health. Due to the pandemic, Mr. Maxey has been unable to execute a HIPPA release. Nonetheless, undersigned counsel will continue to work with Mr. Maxey and his family member and further update the Court before the next scheduled status conference.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Sabrina P. Shroff
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500