C/O 1057 East 221st
Bronx, new york (10469)

Courts lack ALL jurisdiction

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

"" DISTRICT OF COLUMBIA  }
    Plaintiff  }
                                  CASE #1:20-CR-00152-ABJ
    Vs  }
    
DOMINIQUE MALIK MAXEY  }
    defendant  }

*[handwritten: Leave to file granted Pro Se Motion to DISMISS  ABJ 10/31/2022]*

## JUDICIAL NOTICE- DEMAND FOR DISSMISSAL AND REQUEST FOR FULL FINDING OF THE FACTS AND CONCLUSION OF LAW

Now comes Dominique malik maxey Ex Rel DOMINIQUE MALIK MAXEY, man and heir/ambassador of the lord of host, defendant in error, by special visitation, not submitting a plea or submitting to this court's jurisdiction, who hereby demand the court to strike/dismiss the complaint filed SPECIAL AGENT KEVIN MOORE or EMILY (MEG) ARIOTTI ,for failure to present a cause of action crime or any proof(s) of claim for which relief should be granted as requested IN THE FORM OF DISCOVERY personally SUBMITTED IN COURT ON THE 8TH JANUARY 2020(FOR ALLEGED CRIME COMMITTED ON MAY 31 2020 to one ANGELA D. CAESAR.

Failure to present the court a case deprives the court of jurisdiction. Grounds are further set below. The court is requested to provide a full finding of the facts and conclusion of law, if the court refuses to take judicial notice and denies dismissal; just saying "it doesn't apply" will not be sufficient grounds for refusal.

"**the judicial power shall extend to all cases, in law and equity, arising under this constitution, the law of the united states, and treaties made, or which shall be made, under their authority; —to all cases affecting ambassadors, other public ministers and consuls; —to all cases of admiralty and maritime jurisdiction; —to controversies to which**
    **The United sates shall be a party;—to**
        **controversies between two or more states;—between a state and a and a citizen of another state;**
    **In all cases affecting ambassador, other public ministers and consuls, and those in which the state shall be a party, the Supreme Court shall have original jurisdiction. In all other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as law and fact, with such exceptions, and under such regulations as the Congress shall make.**
    **The trial of all crimes, except in cases of impeachment, shall be by jury**; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed."(United State Constitution Art.III sect.2).

Because the courts refuse to disclose the nature of the proceedings, this Judicial notice cover both civil and criminal. If deem to be civil, then the criminal parts may be ignored and visa-versa.

[Stamp: RECEIVED Mail Room OCT 26 2022 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia]

C/O 1057 East 221st
Bronx, new york (10469)

Courts lack ALL jurisdiction

1. `No case crime or cause of action`. "The foundation of the court's jurisdiction is the purpose of government itself. Governments... are established to protect and maintain individual rights."

Washington constitution article 1 section 1

This is why to have cause of action; a plaintiff must plead the violation of a legal right;
*"The duty of this court, as of every judicial tribunal, is I limited to determining   rights of persons and property, which are actually controverted in the particular   case before it"*
Tyler v. Judge of Registration, 179 U.S 405.21 5Ct206.208:

The basic elements of a case or cause of action is the violation of a legal right and loss or harm. The alleged plaintiff, a legal fiction at best, ostensibly acting through Dominique maxey ( declarant# 9164) & Prosecutor EMILY (MEG) ARIOTTI has not pled any violation of a legal right or harm. Legally there is no cause of action: Maxim of equity: Equity will not aid a volunteer

**" A cause of action is some particular legal right of plaintiff against defendant, together with some definite violation thereof which occasions loss or damage" Luckie v McCall Manufacturing Co..,152 $0.2d 31 1.31 4.. "Soowal v Marden 452 So.2d 625,626"**

This includes proceedings like these allegedly criminal in nature:

**Causation consists of two distinct sub elements. As legal scholar have recognized before a defendant can be convicted of a crime that includes an element of causation the state must prove beyond a reasonable that the defendant conduct was (1) the "cause in fact" and (2) the "legal cause" (often called "proximate cause") of the relevant harm... In order to established that a defendant conduct was the "cause in fact" of a particular harm, the state usually must demonstrate that "but for" the defendant's conduct the harm would not have occurred" Everly v. state 748 So.,2d963, 966-967(fla. 1999)**

"It is the fundamental principle of law that no person be adjudged guilty of a crime until the state has shown that a crime has been committed. The state therefore must show that a harm has been suffered of the type contemplated by the charges (for example a death in the case of a murder charge or a loss of property in the case of a theft charge) and that such harm was incurred due to the criminal agency of another, thus, it is sufficient if the elements of the underlying crime are proven rather than those of the particular degree or variation of that crime which may be charged. **"State v Allen..335$o.2d 823.825(Fla. 1976).**

Even if the absurd claim is made, 'harm is not a necessary element of a real crime', the complaint is still fatally flawed as there is no accusation alleged defendant violated any one's legal right.
If there were a true adversary against alleged defendant, it would be laughable to even discuss causation because the defendant is not accused of causing anything, real or imagine.

2. **No corpus delecti.** The corpus delecti is the "body of the crime" itself, virtually every American jurisdiction agrees it's an absolutely essential of   any   crime and it is consistent with the stated purpose of American governments:

"corpus delecti is usually proven by the following two elements: injury or loss, and someone's criminal act as cause thereof... "state v Smith 801 P.2d975, 115  Wash.2d 775.

| C/O 1057 East 221st | Courts lack ALL jurisdiction |

Bronx, new york (10469)

""corpus delecti" consist of injury or loss and someone's criminal act which caused it" state v Espinoza, 774 P.2d 1 177, 1182,112 Wash.2d 819

"In every criminal trial, the prosecution must prove the corpus delecti; or the body of the crime itself, that is, the fact of injury, loss or harm, and the existence of a

criminal agency as its cause" People v Supp 73 P.3d433,467 (Cal.2003 [ quoting People v Alvarez, (2002) 27 Cal.4th 1161,1169,119 Cal.Rptr.2d 903,46 P.3d 372.]

"in defining 'corpus delecti' Wharton says: 'it is made up of two elements (1) that a certain result has been produced...(2) that someone is criminally responsible for the result "McVeigh v State, 53 S.E.2d 462,469(Georgia).

In order to prove that a crime occurred, the state must prove beyond a reasonable doubt (1) the basic injury. ..(2}the fact that the basic injury was the result of a criminal, rather than a natural or accidental cause. .."State v Libero 83 P.3d 753,763 (2003),
[quoting State v Duboit 55 Haw.1.2.514 P.2d 373,374(1973)(Hawaii)

"It has long been fundamental to the criminal jurisprudence of this commonwealth that a necessary predicate to any conviction if proof of the corpus delecti; I.e. the occurrence of any injury or loss and someone's criminality as the source of the injury or loss. Commonwealth v Burns, 490 Pa.619, 627,187 A.2d 552,556-557(1963): Commonwealth v Turza,340 Pa.128,133, 16 A.2d 401, 404 (1940)"

"the corpus delecti of a crime consist of two elements: (1) the fact of the injury or loss or harm, and(2) the existence of a criminal agency as its cause [citation omitted] there must be sufficient proof of both elements of the corpus delecti beyond a reasonable doubt."29A American Jurisprudence' second Ed.,. Evidence Section 1476.

This,is not the same as the "corpus delecti rule" which is not an element of the alleged crime, but a procedural rule.

There is no corpus delecti pled in the complaint. Without a corpus delecti there is no crime.

"component parts of every crime are the occurrence of a specific kind of injury or loss, somebody's criminality as source of the loss, and the accused's identity as the doer of the crime; the first two elements are what constitutes the concept of 'corpus delecti'" U.S. v Shunk,881 F.2d 917,919 CA.   10(Utah)

3. **Lack of Jurisdiction**."Standing represents a jurisdictional requirement which means open to review at all stages of the litigation." National Organization for Women, lnc. V Scheidler. 510 US 249.

Because there is no corpus delecti, there is no crime. Yes! There is an allegation on paper, but still the allegation fails to meet every legal standard of what a crime is. Also, because American governments are established for the sole purpose of protecting rights, a true crime requires the violation of a legal right. The Alleged defendant is not accused of violating anyone's legal right, therefore, there is no crime/case or cause of action pled and the court has no jurisdiction.

**No evidence of presence within state and laws applicable**. There are no facts plead to prove my presence within the plaintiff **DISTRICT OF COLUMBIA (EIN 536001131)** and that the

| C/O 1057 East 221st Bronx, new york (10469) | Courts lack ALL jurisdiction |

laws of the **STATE** are applicable to me in my private capacity. Such evidence is essential to prove jurisdiction.

Mere geographic location is not evidence of presence within the alleged plaintiff, **STATE OF DISTRICT OF COLUMBIA (EIN** 536001131). It's impossible to prove my presence within the alleged plaintiff beyond a reasonable doubt or a preponderance of evidence. The **DISTRICT OF COLUMBIA**, while obviously not geographic is at best political as it was established on July 16, 1790.
The phrase "**DISTRICT OF COLUMBIA** " appears to be not much more than a d/b/a or pseudonym for lawyers and polices officers.
As the laws of the DISTRICT OF COLUMBIA( 10 MILE SQUARE RADIUS) only apply within the DISTRICT OF COLUMBIA , there is no evidence and nothing alleged by the law of the STATE/ DISTRICT OF COLUMBIA apply to me in my private capacity.

If this is a criminal proceeding, then the assigned Judge is obligated to presume my innocence until it is proven beyond a reasonable doubt. The judge may NOT assume the law is applicable NOW because it is an essential element of the alleged crime.

"by due process; by law that gives a man the opportunity to be heard before depriving him of his life, liberty, or property; by law which hears it before it condemns; which proceeds upon inquiry and renders judgment only after trial. "Law of the Land, Ballentine's Dictionary 3rd edition.

3. The complaint is "unfit for adjudication" because American courts are adversary court systems

"The [Supreme] court has found unfit for adjudication any cause that "is not in any real sense adversary, "that "does not assume the 'honest and actual antagonistic assertion of right's to be adjudicated."Poe v Ullman, 367 U.S. 497, 505 (1961)

Even if the corpus delecti is not used, there is no doubt this is not an adversary proceeding as there are no allegations that I violated any legal rights. Furthermore, | have been kidnapped, strip searched, humiliated my health is threatened and still ",prosecutor EMILY (MEG) ARIOTTI to date has fail to provide such Proof(s) of claim for which relief should be granted."

    5. **Courts Jurisdiction not enlarge by sheriff authority**. The jurisdiction of the court is limited to protecting rights; this is not enlarged by alleging the Sheriff's have authority, such authority does not work to trump fundamental limitations on the courts.

**No amount of sheriff authority may enlarge the limits of the adversary system**. Adversary systems require true adversaries; this requires the allegation and proof of injury. The plaintiff has Failed to make such allegations. And yes, the sheriff have the authority to make arrest of its citizens, **(i am a man created in the image and likeness of the most high supreme)**, they must still allege an injury for the courts to proceed with jurisdiction.

Conclusion

| C/O 1057 East 221st | Courts lack ALL jurisdiction |
| --- | --- |

Bronx, new york (10469)

The case file does not contain a proof of service of a verified complaint or information, with a court issued Summons or Warrant, **which are all mandatory to invoke the jurisdiction of this court** (H.R.P.P Rule 9 and mandatory Judicial Notice #3).
The filing of a proof of services of said complaint or information, with a court issued Summons or Warrant, would confer personam jurisdiction upon the court. **The courts lack personam jurisdiction**. There is no pleading laying out all of the required elements of a cause of action against defendant, as is the only option for prosecution, **if prosecution had been initiated**. (H.R.P.P Rule 12(a) and mandatory Judicial Notice #3) Neither exist, because the prosecution has exercised discretion and has not initiated prosecution against defendant

Because the plaintiff has failed to allege the required elements of a cause of action/crime and there is no corpus delecti, the court has no jurisdiction. In the interest of Justice, I demand the complaint against alleged defendant be stricken and case dismissed with prejudice.
"history is clear that the first ten Amendments to the constitution were adopted to secure certain common law rights of the people, against invasion of the federal government." Bell v Hood..71F Supp. 813,816 (1947)U.S.D.C So.dist..CA

Date: 10/24/2022


Authorized Representative, In Propria Persona Sui Juris
All Rights Reserved
UCC 1-308 UCC 3-308

C/O 1057 East 221st
Bronx, new york (10469)

Courts lack ALL jurisdiction

PROPOSED ORDER

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
" DISTRICT OF COLUMBIA "      }      CASE#:1:20-CR-00152-ABJ
       PLAINTIFF              }
                              }
          VS                  }      ORDERED
                              }
  MAXEY ,DOMINIQUE MALIK      }
       DEFENDANT              }
                              }
```
}_____

This matter, having come before the court on defendant Judicial Notice demand for dismissal; the court being fully advised of the premises and good cause appearing, it is hereby ORDERED granting defendant's demand to dismiss CASE with prejudice.

Date:

_____
Judge of the Court